IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                             Criminal No. 5:11CR50023-001

ROBERT JAMES FORTIER,
        Defendant.

## FINAL ORDER OF FORFEITURE

On July 20, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 21). In the Preliminary Order of Forfeiture, a Motorolla cell phone, Serial Number 146E4CFO, was forfeited to the United States pursuant to 18 U.S.C. § 2253. Pursuant to Fed.R.Crim.P.32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On November 8, 2011, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 11, 2011, shall become final at this time.

IT IS SO ORDERED this 8th day of November, 2011.

HONORABLE JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 0 8 2011

CHRIS R. JOHNSON, CLERK

BY
    DEPUTY CLERK